**FILED**

July 12, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )     CASE NUMBER:2:12-mj-00184-KJN
            Plaintiff,               )
                                     )          ORDER FOR RELEASE
v.                                   )          OF PERSON IN CUSTODY
                                     )
JODY CALKINS,                        )
                                     )
            Defendant.               )

TO:    UNITED STATES MARSHAL:

       This is to authorize and direct you to release <u>Jody Calkins</u>; Case <u>2:12-mj-00184-KJN</u> from

custody and for the following reasons:

         _        Release on Personal Recognizance

         _        Bail Posted in the Sum of _____

         <u>X</u>     Unsecured Appearance Bond in the amount of <u>$25,000.00</u>, co-signed

                by defendant's brother within one week

         _        Appearance Bond with 10% Deposit

         _        Appearance Bond secured by Real Property

         _        Corporate Surety Bail Bond

         <u>X</u>     (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>7/13/2012</u>         at <u>3 pm</u>.

                                    By _____

                                        Kendall J. Newman
                                        United States Magistrate Judge